IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN BASKIN, # 291044, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.  2:15-CV-688-WKW |
| | ) |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On December 3, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 16.)  On the same date, Petitioner filed a Response in Opposition. (Doc. # 17.)  The court reviewed the response and it is without merit as to the exhaustion of state remedies.  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)    The Recommendation is ADOPTED; and

(2)    This case is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all state court remedies available to him.

A separate final judgment will be entered.

DONE this 29th day of January, 2016.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE